**Order entered January 11, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00444-CR
No. 05-21-00456-CR
No. 05-21-00457-CR
No. 05-21-00458-CR
No. 05-21-00459-CR

**SEAN KRENZER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-84208-2018, 366-84209-2018, 366-84210-2018,**
**366-84211-2018 & 366-84212-2018**

## ORDER

Before the Court is appellant's January 10, 2022 third motion for an extension of time to file his brief in these appeals. We **GRANT** the motion and **ORDER** appellant's brief filed by February 10, 2022. We caution appellant that the failure to file a brief by that date may result in the appeals being abated for a hearing under rule 38.8(b)(3).

We **DIRECT** the Clerk to send copies of this order to the Honorable Tom Nowak, Presiding Judge, 366th Judicial District Court; and to counsel for all parties.

/s/ DENNISE GARCIA
   JUSTICE